THE TOWNSHIP OF BELLEVILLE, in the county of Essex, appellant,

*v.*

THE CITY OF ORANGE et al., respondents.

[Argued July 2d, 1906. Decided February 2d, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Emery, whose opinion is reported in *70 N. J. Eq. (4 Robb.) 244*.

*Mr. Oliver H. Perry,* for the appellant.

*Mr. William A. Lord, Mr. Edwin B. Goodell* and *Mr. Charles H. Halfpenny,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.